UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark Anthony Anderson

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

The Pentagon

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

My Right to due process under the 14th Amendment was violated

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
              (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __The Pentagon__ , is a citizen of the State of
(Defendant's name)

__Virginia__
or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, __The ~~Bry~~ Pentagon__ , is incorporated under the laws of
the State of __Virginia__
and has its principal place of business in the State of __Virginia__
or is incorporated under the laws of (foreign state) _____
and has its principal place of business in __Arlington Virginia__ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Mark__         __A__            __Anderson__
First Name      Middle Initial   Last Name

__113-15 Rockway Blvd__
Street Address

__Queens ~~Doo Yel Qeno~~ New York     11420__
County, City                  State           Zip Code

__507-995-5186__              __1-jiderway@gmail.com__
Telephone Number              Email Address (if available)

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: The Pentagon
First Name / Last Name

Current Job Title (or other identifying information)
1400 Defense Pentagon
Current Work Address (or other address where defendant may be served)
Arlington    Virginia    22202
County, City    State    Zip Code

Defendant 2:
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 3:
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 4: _____
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: Blue Earth County Jail in Minnesota

Date(s) of occurrence: October – December 2022

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On or about October 2022 I wrote multiple letters to the Pentagon regarding a violation of Minnesota Law of the articles written in the Mankato Free Press about Vladimir Putin threatening to use nuclear weapons placed in the newspaper by the Associated Press. I had multiple violations of due process or infractions by the blue earth county court system. To my reasonable understanding. These articles were Propaganda and in violation of Minnesota Law. Being that this is potentially Propaganda involving a foreign adversary. The Pentagon was the proper power to coordinate and designate an investigation. They did not respond or follow up. I believe if they had I could have cooperated and my

charges dropped and payed as an informant to help secure the United States National Security Endeavors. It is an oath of our Military leaders to protect against terrorism foreign and domestic with the current state of propaganda and weaponized legal authorites. The Pentagon deprived me of due process by inhibiting my right to liberty.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental Distress and Anguish. Loss of potential Pay as an informant. A back injury that I suffered while in custody and could not gain release from jail for.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am seeking $125,000 in damages

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 9/14/2023

Plaintiff's Signature: [signature]

First Name: Mark
Middle Initial: A
Last Name: Anderson

Street Address: 101 113-18 Rockaway Blvd

County, City: Queens, New York
State: New York
Zip Code: 11420

Telephone Number: 507-495-5151
Email Address (if available): 1jockerway@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.