RECEIVED BY MAIL
OCT 30 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

To The Federal Clerk of Courts,

My name is Mark Anthony Anderson DOB 12/30/1989.

My cases filed in Federal Court in the Southern District of New York were transferred back to your district in Minnesota. At this time I am unable to fight them. So I need to respectfully withdrawl the lawsuits. with the following docket numbers
23-CV-3169 Mark Anthony Anderson V. The Pentagon
and
23-CV-3146 Mark Anthony Anderson V. The La Crescent Police.

If you have any questions or difficulties with this request please call 507.995-5186

Mark Anderson   10/24/2023

[signature]

SCANNED
OCT 30 2023
U.S. DISTRICT COURT MPLS